Name, Address and Telephone Number of Attorney(s):

CLEAR FORM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Onia M. Adkins, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 5:21-cv-02158-SSS-MAR |
| v. | |
| Resurgent Capital Services, LP | MEDIATION REPORT |
| Defendant(s). | |

**Instructions:** *The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1.    ☑ A mediation was held on (date):    12/12/2022   .

      ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

      ☑ Appeared as required by L.R. 16-15.5(b).

      ☐ Did not appear as required by L.R. 16-15.5(b).

          ☐ Plaintiff or plaintiff's representative failed to appear.

          ☐ Defendant or defendant's representative failed to appear.

          ☐ Other:

3. Did the case settle?

      ☑ Yes, fully, on    12/12/2023    (date).

      ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*

      ☐ Yes, partially, and further facilitated discussions are **not** expected.

      ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*

      ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?

Dated: 12/13/2023

/s/ John Libby
Signature of Mediator

John Libby
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*

ADR-03 (10/19)           MEDIATION REPORT           Page 1 of 1