**SULAIMAN LAW GROUP, LTD.**
Bobby C. Walker (State Bar No. 321788)
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
Email: bwalker@sulaimanlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONIA M. ADKINS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RESURGENT CAPITAL SERVICES, L.P.,<br><br>Defendant. | Case No. 5:21-cv-02158-SSS-MAR<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that ONIA M. ADKINS ("Plaintiff"), hereby notifies the Court that the Plaintiff and Defendant, RESURGENT CAPITAL SERVICES, L.P., have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the

1

settlement. The Parties propose to file a dismissal with prejudice within 60 days of submission of this Notice of Settlement.

Respectfully submitted this February 1, 2023.

/s/ Bobby C. Walker
Bobby C. Walker (321788)
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
Fax: (630) 575-8188
bwalker@sulaimanlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

/s/ Bobby C. Walker
Bobby C. Walker