**SULAIMAN LAW GROUP, LTD**
Bobby C. Walker (State Bar No. 321788)
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
Fax: (630) 575-8188
bwalker@sulaimanlaw.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONIA M. ADKINS,<br><br>        Plaintiff,<br><br>v.<br><br>RESURGENT CAPITAL SERVICES, L.P.,<br><br>        Defendant. | **Case No.** 5:21-cv-02158-SSS-MAR<br><br>**AGREED STIPULATION OF DISMISSAL** |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, ONIA M. ADKINS, and the Defendant, RESURGENT CAPITAL SERVICES, L.P., through their respective counsel that the above-captioned action is dismissed, with prejudice, against RESURGENT CAPITAL SERVICES, L.P., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: February 13, 2023                Respectfully Submitted,

| | |
|---|---|
| **ONIA M. ADKINS** | **RESURGENT CAPITAL SERVICES, L.P.** |
| */s/ Bobby C. Walker* <br> Bobby C. Walker <br> Sulaiman Law Group, Ltd. <br> 2500 S. Highland Avenue, Ste. 200 <br> Lombard, Illinois 60148 <br> Phone: (630) 575-8181 <br> Fax: (630) 575-8188 <br> bwalker@sulaimanlaw.com <br> *Attorney for Plaintiff* | *s/Sean P. Flynn* <br> Sean P. Flynn <br> Gordon Rees Scully Mansukhani, LLP <br> 633 West Fifth Street, 52nd Floor <br> Los Angeles, CA 90071 <br> Phone: (702) 577-9317 <br> sflynn@grsm.com <br> *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Bobby C. Walker*
Bobby C. Walker