**SULAIMAN LAW GROUP, LTD**
Bobby C. Walker (State Bar No. 321788)
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
Fax: (630) 575-8188
bwalker@sulaimanlaw.com

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONIA M. ADKINS,<br><br>Plaintiff,<br><br>v.<br><br>RESURGENT CAPITAL SERVICES, L.P.,<br><br>Defendant. | **Case No.** 5:21-cv-02158-SSS-MARx<br><br>**AGREED STIPULATION OF DISMISSAL** |

1

## **ORDER ON DISMISSAL WITH PREJUDICE**

Plaintiff, ONIA M. ADKINS ("Plaintiff"), by and through the undersigned attorney, having filed with this Court her Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed as to Defendant, RESURGENT CAPITAL SERVICES, L.P.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice, as to RESURGENT CAPITAL SERVICES, L.P. Each party shall bear its own costs and attorney fees.

Dated: February 15, 2023

_____
Sunshine S. Sykes
U.S. District Judge